UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Robert D. Nelson ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-01895 UNA |
| ) | |
| Jason Lewis, et al. ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

The above styled and numbered case was filed on July 8, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Rodney W. Sippel, United States District Judge, under cause number 1:19-cv-00108 RWS.

**IT IS FURTHER ORDERED** that cause number 4:19-cv-01895 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: July 9, 2019    By: Jason W. Dockery
                          Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:19-cv-00108 RWS.**